

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00161-CR

Deborah Lynn **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2455
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's brief was due on June 17, 2015. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief until July 17, 2015. On July 6, 2015, Appellant filed an unopposed second motion for an extension of time to file the brief until August 17, 2015, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant must file the brief not later than August 17, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

Keith E. Hottle
Clerk of Court